Daniel S. Glass,  SBN  140819
Attorney at Law
641 Fulton Ave. Suite 200
Sacramento, CA   95825
(916) 483-1971
dsglawyer@sbcglobal.net

Attorney for defendants Sarah R. Doyle
And Holland E.T. Hines

LEWIS BRISBOIS BISGAARD & SMITH, LLP
Elise D. Klein, Esq.   SBN 111712
633 West 5th St., Suite 400
Los Angeles, CA   90071
(213) 250-1800
Elise.Klein@lewisbrisbois.com

Attorneys for Plaintiff National Union
Fire Insurance Company of Pittsburgh, PA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Plaintiff,<br><br>v.<br><br>BARBARA HULL, AMERICAN RED CROSS OF SAN BERNARDINO COUNTY, GETHSEMANE TEMPLE CHURCH OF GOD IN CHRIST, DAMION N. DOYLE, SARAH R. DOYLE, HOLLAND E. T. HINES AND KATHLEEN D. KEENAN<br><br>Defendants. | CASE NO. 2:21-CV-00481-TLN-CKD<br><br>**STIPULATION AND PROPOSED ORDER TO REINSTATE DOCKET ITEMS ECF NOS. 29, 30 & 31** |

**RECITALS**

1) The above captioned interpleader action was filed on March 16, 2021.

2) Over the following year, plaintiff located and served defendants.  Answers and/or semi-formal letters were filed with the court on behalf of defendants.  (Sarah Doyle on 7/20/21 – Docket #14;  Kathleen Keegan on 07/09/21 – Docket #13;  Gethsemane

Temple Church of God in Christ on 06/21/21 – Docket #10; Barbara Hull on 07/02/21 (Docket # 12; and Holland Hines on 10/21/21 – Docket #17.

3) Little activity occurred in the matter over the following months as the case was reassigned to different Judges of this court.

4) On July 14, 2022 a Joint Status Report was filed (Docket #24).

5) On August 9, 2022, in response to the Joint Status Report, the Court, sua sponte, ordered this action STAYED pending the conclusion of a related criminal action pending in the Siskiyou County Superior Court relating to criminal charges pending against defendant Damion Doyle.

6) In, or about, early 2023, defendants Holland Hines and Sarah Doyle retained Daniel S. Glass, Attorney at Law, to represent their interest in this matter.

7) On June 29, 2023, Daniel S. Glass, as the attorney now representing defendants Sarah Doyle and Holland Hines, filed an Amended Answer and Counterclaim on behalf of each defendant. (Docket Nos. 29 & 30).

8) In response to the Amended Answers and Counterclaim, plaintiff National Union filed an Answer to Cross-Complaints on July 11, 2023 (Docket No. 31).

9) On August 9, 2023, the Court issued a Minute Order which struck the aforesaid Docket Nos. 29, 30 and 31 on the grounds that the prior Court issued STAY of the action was still in effect and ordered the parties to file a Joint Status Report within 30 days. (Docket No. 32).

10) On August 11, 2023, the Parties filed the Joint Status Report. (Docket No. 33).

11) On that same date, August 11, 2023, the Court issued a Minute Order which LIFTED the pending STAY.

\\\

**STIPULATION**

Counsel for plaintiff National Union Fire Insurance Company of Pittsburgh, PA and Counsel for defendants Sarah Doyle and Holland Hines, hereby submit the following stipulations:

A) Counsel apologizes to the Court for submitting documents for filing and service before seeking an Order of the Court lifting the Stay.  Counsel for defendants Hines and Doyle, having just come into the case, desired to promptly amend the inadequate documents defendants had submitted a year earlier while they were in pro per and was not able to gather sufficient information and cooperation to create a Joint Status Report before filing said Amended Answers and Counterclaims.

B) Counsel hereby represent that it would be in the interests of judicial economy to simply reinstate Docket Items 29, 30 and 31 rather than require counsel to refile those documents.

C) If the parties were ordered to refile Docket Nos. 29, 30 and 31, they would be the same documents which had previously been filed.

D) There would not be any prejudice or harm to any party to this action if the Court issued an Order reinstating Docket Nos. 29, 30 & 31.

DATED: Aug 9, 2023            LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Elise Klein approved by e-mail on 08/25/23
ELISE D. KLEIN
Attorneys for Plaintiff National Union Fire Insurance Company of Pittsburgh, PA

DATED: Aug 9, 2022

By: s/ Daniel S. Glass
Daniel S. Glass, Attorney for
SARAH R. DOYLE and
HOLLAND E.T. HINES

**STIPULATION AND ORDER TO REINSTATE DOCKET ITEMS ECF NOS. 29, 30 & 31**
No. 2:21-CV-00481-TLN--CKD

**ORDER**

The Court, having reviewed the above Recitals and Stipulations, finds that it is in the Interest of judicial economy, now that the STAY in the above captioned matter has been LIFTED, To Order that Docket Nos. 29, 30 and 31, which had previously been STRICKEN, be and hereby, Are REINSTATED.

Dated: August 28, 2023

Troy L. Nunley
United States District Judge