```
 1  MICHAEL A. DUBIN (State Bar No. 212581)
    DUBIN LAW FIRM
 2  1516 Oak St., Suite 208
    Alameda, California 94501
 3  Telephone: (510) 227-5548
    Facsimile:  (510) 927-2586
 4  E-Mail: mdubin@dubinlawfirm.com

 5  Attorneys for BARBARA HULL
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN RED CROSS OF SAN BERNARDINO, et al.,<br><br>Defendants. | Case No. 2:21-cv-00481-TLN-CKD<br>Judge:   Troy L. Nunley<br><br>**STIPULATION AND ORDER TO DISMISS ALL DEFENDANTS EXCEPT HOLLAND E.T. HINES AND SARAH R. DOYLE** |
|---|---|

WHEREAS, pursuant to this Court's Order (ECF 52) dated October 8, 2024, granting the Motion for Approval of Settlement Agreement and Disbursement of Interpleader Funds (ECF 46), the parties were ordered to file a stipulation to dismiss all Defendants except Holland E.T. Hines and Sarah R. Doyle, which such stipulation includes the dismissal of Defendant Damion Doyle, who has not appeared in this action and is not entitled to any interpleader funds.

WHEREAS, this Court has now disbursed the interpleader funds as indicated in the Order to the American Red Cross of San Bernardino, the Gethsemane Temple Church of God in Christ, Sarah Doyle and Holland E.T. Hines, including any accumulated interst according to the settlement percentages paid to the parties.

WHEREAS, Plaintiff National Union Fire Insurance Company of Pittsburch, PA and Defendants Holland E.T. Hines and Sarah R. Doyle are still engaged in litigation in this matter that has not yet been resolved.

## STIPULATION

Therefore, the parties, by and through their respective counsel of record, hereby stipulate that Defendants American Red Cross of San Bernardino, Gethsemane Temple Church of God in Christ, Damion Doyle and Barbara Hull are hereby dismissed from the instant action, with prejudice.

**IT IS SO STIPULATED.**

DATED: March 5, 2025          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Douglas R Irvine
DOUGLAS R. IRVINE
Attorneys for Plaintiff National Union Fire Insurance Company of Pittsburgh, Pa.

DATED: March 5, 2025          DUBIN LAW FIRM

By: /s/ Michael A. Dubin
MICHAEL A. DUBIN
Attorneys for Barbara Hull

DATED: March 5, 2025          LAW OFFICE OF DARRIN W. MERCIER

By: /s/ Darrin William Mercier
DARRIN WILLIAM MERCIER
Attorneys for American Red Cross of San Bernardino and Gethsemane Temple Church of God in Christ

DATED: March 5, 2025          LAW OFFICES OF DANIEL S. GLASS

By: /s/ Daniel S. Glass
DANIEL S. GLASS
Attorneys for Holland E.T. Hines and Sarah R. Doyle

## ORDER

Upon consideration of the Stipulation and Order submitted by the Parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED**, that:

1. Defendants American Red Cross of San Bernardino, Gethsemane Temple Church of God in Christ, Damion Doyle and Barbara Hull are hereby dismissed from the instant action, with prejudice.

DATED: March 6, 2025

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE