# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **2:21−CV−00481−TLN−CKD** |
| v. | |
| **SARAH R. DOYLE , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 06/25/25 .**

ENTERED:  **June 25, 2025**            /s/  **Keith Holland**
                                        Clerk of Court